# Court of Appeals
# of the State of Georgia

ATLANTA,  November 28, 2018

*The Court of Appeals hereby passes the following order:*

**A19I0099. JEC PROPERTY, LLC et al. v. CAROLYN SIMS.**

On November 1, 2018, JEC Property, LLC filed two applications for interlocutory appeal seeking review of a trial court order denying its motion for summary judgment. The applications were docketed as Case Nos. A19I0099 and A19I0101. JEC Property subsequently informed this Court that the filings are duplicative. Because Carolyn Sims has filed her response to the application solely in Case No. A19I0101, we hereby DISMISS Case No. A19I0099 as duplicative. Case No. A19I0101 remains pending for disposition, and all future filings in this action should be made in Case No. A19I0101.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  11/28/2018*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*